UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>JORDAN IRENE LYNN,<br><br>              Defendant. | No. CR-09-168-EFS<br><br>ORDER ON PLEA, GRANTING UNOPPOSED MOTIONS AND MODIFYING CONDITIONS OF RELEASE |

At Defendant's December 10, 2009, arraignment, the United States was represented by Assistant U.S. Attorney Matthew F. Duggan; the Defendant was present with Assistant Federal Defender Kimberly Deater. Te Defendant entered pleas of not guilty to all counts.

**IT IS ORDERED** that the pleas of Defendant are received, and the Defendant is bound over for trial before a district judge.

The Defendant's unopposed oral Motion **(Ct. Rec. 25)** to stay for ten days any request for DNA sampling was **GRANTED.** If the request is further contested, the parties timely will bring a motion before the trial judge.

The United States' unopposed oral Motion to modify **(Ct. Rec. 24)** Defendant's conditions of release was **GRANTED.** Defendant's shall have no contact with the victim's family.

DATED December 14, 2009.

                            S/ CYNTHIA IMBROGNO
                   UNITED STATES MAGISTRATE JUDGE

ORDER ON PLEA, GRANTING UNOPPOSED MOTIONS
AND MODIFYING CONDITIONS OF RELEASE - 1